Case 4:16-cv-01044   Document 44   Filed in TXSD on 10/09/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIA ABELDANO and**<br>**JEANINE POLLION,**<br>**Individually and On Behalf of**<br>**All Others Similarly Situated**<br><br>    Plaintiffs,<br><br>v.<br><br>**HMG PARK MANOR OF WESTCHASE, LLC**<br>**D/B/A PARK MANOR OF WESTCHASE**<br><br>    Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:16-cv-1044<br><br><br>JURY DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties have filed their Joint Stipulation of Dismissal with Prejudice in this action. The Court finds that the Parties Stipulation should be given effect. Accordingly, it is hereby

ORDERED that Plaintiffs' claims against Defendant be and the same are hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

SIGNED on this  9th   day of  October        , 2018.

_____
U.S. MAGISTRATE JUDGE

1